298 So.2d 657

**In re Vincent THOMAS**

**v.**

**STATE.**

**Ex parte Vincent Thomas.**
**SC 761.**

Supreme Court of Alabama.

Aug. 8, 1974.

J. Massey Relfe, Jr., Birmingham, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Vincent Thomas for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Thomas v. State, 53 Ala.App. 232, 298 So.2d 652.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, MADDOX and McCALL, JJ., concur.

■

289 So.2d 661

**In re Harold Augustus TRAMMELL**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 647.**

Supreme Court of Alabama.

Jan. 31, 1974.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner, the State.

No brief for respondent.

BLOODWORTH, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Trammell v. State, 52 Ala.App. 89, 289 So.2d 656.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.